HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

LIFE CARE CENTERS OF AMERICA, INC. *et al.*,

    Defendants.

Case No. 2:18-cv-01411-RAJ

**ORDER GRANTING UNOPPOSED MOTION TO STAY ACTION**

Upon Motion (Dkt. # 16), and good cause appearing due to the lapse in appropriations for the Equal Employment Opportunity Commission (EEOC), the Court hereby **ORDERS** this action stayed until the end of the Government shutdown. Within fourteen (14) days of the end of the Government shutdown, the parties shall file a joint status report regarding the restoration of the EEOC's funding and proposed revisions to pending deadlines in this action.

DATED this 23rd day of January, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 1